UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of the Truman 2021 SC9 Title Trust<br><br>     Plaintiff,<br><br>v.<br><br>Christine Renshaw<br>National City Bank<br>     Defendant(s) | Civil Action No. 1:23-cv-00068-MSM-LDA |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

NOW COMES U.S. Bank Trust National Association as Trustee of Truman 2021 SC9 Title ("**Plaintiff**") and respectfully responds to this Honorable Court's *Order to Show Cause* dated June 29, 2023. Plaintiff respectfully requests that this Court does not dismiss the above-entitled action and states in support thereof:

1.    On February 13, 2023, Plaintiff filed the above-entitled action, and summonses were issued by the Clerk on that date. *Documents 1-5*

2.    The defendant National City Bank, c/o PNC Bank, who is a defendant because of a lien interest in the property that is junior to that of the plaintiff, was served on February 15, 2023. *Document 7*

3.    The defendant Christine Renshaw was served, in hand, on February 18, 2023. *Document 6*

1

4.      There has been no answer or other response to the Complaint from either defendant.

5.      The undersigned filed an Application for Clerk's Entry of Default, *Document 8*, on April 27, 2023, and the Clerk duly entered a Default as to both defendants on April 28, 2023.  *Document 9*

6.      On June 29, 2023, this Court entered its *Order to Show Cause* regarding the prosecution of the instant matter.  *Document 10*

7.      On July 10, 2023, an Affidavit of Lender was drafted and forwarded to the plaintiff for execution—it is anticipated that the executed affidavit will be in the hands of the undersigned within the next ten to fourteen days.

8.      As soon as the above referenced affidavit is received by the undersigned from the plaintiff, the undersigned intends to move for a Default Judgement and Order of Sale in this matter.

**9.**      The dismissal of the instant proceeding would be prejudicial to the plaintiff.

**10.**      It is respectfully submitted that the instant proceeding pending before this Court has been and will continue to be prosecuted with the requisite diligence.

WHEREFORE, Plaintiff respectfully request that this Court enter an order releasing the Order to Show Cause as to why this case should not be dismissed.

2

Respectfully submitted,

PLAINTIFF,

By Its Attorney,

/s/ *David A. Shaw*
David A. Shaw, Esq. (RI Bar No. 3497)
Demerle Hoeger LLP
10 City Square
Boston, MA 02129
(617) 337-4444
Dshaw@DHNewEngland.com

### CERTIFICATE OF SERVICE

I, David A. Shaw, Esq., hereby certify that on July 10, 2023, I caused the foregoing

*Response to Order to Show Cause* to be filed through the court's electronic filing system on all

parties registered therein to receive notice in this case.

/s/ David A. Shaw
David A. Shaw, Esq. RI Bar #3497

3